JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| GEORGE W. ANDERSON, JR., | Case No.: 5:24-cv-01653-JDE |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

Per the parties' Stipulation (Dkt. 12), the above-captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: 11/5/2024

_____
JOHN D. EARLY
UNITED STATES MAGISTRATE JUDGE

-1-